IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 05-1225 |
| | ) | |
| $4,000.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 24th day of Oct, 2006, it is hereby

ORDERED, ADJUDGED and DECREED that this civil forfeiture action is stayed until further Order of Court.

The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the state criminal case.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERTRAM R. MITCHELL,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF McKEESPORT;<br>McKEESPORT POLICE DEPARTMENT;<br>POLICE CHIEF JOE PERO; OFFICER<br>MISTER GREEN; OFFICER BRYAN<br>WASHOWICH; BOROUGH OF WEST<br>MIFFLIN; WEST MIFFLIN POLICE<br>DEPARTMENT; OFFICER NOEL<br>MISSIG; and POLICE CHIEF FRANK<br>DIENER,<br><br>   Defendants. | CIVIL ACTION No. 06-267<br><br>Honorable Gary L. Lancaster/Magistrate<br>Judge Francis X. Caiazza |

## STIPULATION FOR DISMISSAL

AND NOW, come the parties, by their attorneys, and pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate that the above captioned action has been settled and should be dismissed with prejudice.

TIGHE, EVAN, SCHENCK & PARAS

BY: _____
George M. Evan, Esquire
Stanley A. Winikoff, Esquire
Attorney for Defendants
City of Mckeesport, Mckeesport
Police Department, Police Chief
Joe Pero, Officer Mister Green,
and Officer Bryan Washowich

BY: _____
Peter M. Suwak, Esquire
Attorney for Plaintiff

WINIKOFF ASSOCIATES

BY: _____
Stanley A. Winikoff, Esquire
Attorney for Defendants
Borough of West Mifflin, West
Mifflin Police Department, Police
Chief Frank Diener and Officer
Noel Missig

SO ORDERED, this 24th day of October, 2006.

_____
Gary L. Lancaster, U.S. District Judge